No. 89–1662. Castille, District Attorney of Philadelphia County, et al. v. Clark. C. A. 3d Cir. Motion of

respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 